IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK JAMES LASSITER, a/k/a James Hubert, | : : : | CIVIL ACTION |
| Petitioner, | : : | |
| v. | : | NO. 17-4254 |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : : : | |
| Respondents. | : | |

FILED JUL 19 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

WENDY BEETLESTONE, J.

AND NOW, this 19th day of July, 2018, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for a Writ of Habeas Corpus is DENIED with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

_____
WENDY BEETLESTONE, J.

ENT'D JUL 19 2018